**Illya ERWIN, Petitioner**

v.

**DEPARTMENT OF THE ARMY, Respondent**

2017-1137

United States Court of Appeals, Federal Circuit.

January 16, 2018

CHARLES HARRY BROWER, Honolulu, HI, argued for petitioner.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washing-ton, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD.

(Prost, Chief Judge, Newman and Lourie, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**